In the Matter of WINNIFRED VILLOVIC, Appellant, against LEWIS J. VALENTINE, as Police Commissioner of the City of New York and as Trustee of the Police Pension Fund, Respondent.

Argued April 27, 1937; decided May 25, 1937.

*Tesse L. Segel* for appellant.

*Paul Windels, Corporation Counsel* (*Arthur Bainbridge Hoff, Paxton Blair* and *Charles E. Hirsimaki* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.